**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| METSO MINERALS CANADA INC. and METSO MINERALS INDUSTRIES, INC., <br><br> Petitioners, <br><br> v. <br><br> ARCELORMITTAL EXPLOITATION MINIÈRE CANADA and ARCELORMITTAL CANADA INC., <br><br> Respondents. | Case No. 1:19-cv-03379-LAP <br><br> **SECOND DECLARATION OF THOMAS E. RILEY** |

Thomas E. Riley declares as follows:

1. I am an attorney admitted to practice before this Court and am a member of Herbert Smith Freehills New York, LLP, attorneys for Respondents ArcelorMittal Exploitation Minière Canada s.e.n.c. and ArcelorMittal Canada Inc. ("ArcelorMittal") in the above-captioned action.

2. I submit this declaration in further support of ArcelorMittal's Cross-Petition to Vacate Arbitration Award in the arbitration commenced by ArcelorMittal against Metso Minerals Canada, Inc. and Metso Minerals Industries, Inc. under the auspices of the International Chamber of Commerce captioned *ArcelorMittal Exploitation Minière Canada and ArcelorMittal Canada Inc. v. Metso Minerals Canada Inc. and Metso Minerals Industries, Inc.*, Case No. 22034/RD/MK.

3. I make this declaration based on personal knowledge of the facts set forth in this declaration, which I have acquired in my role as counsel for ArcelorMittal.

4.  Attached hereto as Exhibit GG is a true and correct copy of *Brasoil v. The Management and Implementation Authority of the Great Man-Made River Project*, Paris Court of Appeal, dated July 1, 1999, Docket Number 1998/24637, from the French International Arbitration Law Reports.

5.  Attached hereto as Exhibit HH is a true and correct copy of the Decision of the *ad hoc* Committee in *Helnan International Hotels A/S and Arab Republic of Egypt (Annulment Proceeding)*, ICSID Case No. ARB/05/19, dated June 14, 2010.

6.  I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 7, 2019
New York, New York

*/s/ Thomas E. Riley*
Thomas E. Riley