

Honorable Loretta A. Preska
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 2220
New York, NY 10007

Herbert Smith Freehills New York LLP
450 Lexington Avenue, 14th floor
New York, NY 10017
USA
T  +1 917 542 7600
F  +1 917 542 7601
D  +1 917 542 7801
E  Thomas.Riley@hsf.com
www.herbertsmithfreehills.com

Our ref

Your ref

Date
June 07 2019

**By ECF**

Re: Request for Oral Argument, Metso Minerals Canada Inc. and Metso Minerals Industries, Inc. v. ArcelorMittal Exploitation Minière Canada s.e.n.c. and ArcelorMittal Canada Inc., No. 1:19-cv-03379-LAP

Dear Judge Preska:

    We act for ArcelorMittal Exploitation Minière Canada s.e.n.c. and ArcelorMittal Canada Inc. ("ArcelorMittal") in the above-captioned action.

    Pursuant to Local Rule 6.1(c) and Rule 2(E) of Your Honor's Individual Practices, ArcelorMittal respectfully requests oral argument on the Petition and Motion to Confirm, Recognize and Enforce Arbitration Award filed on April 16, 2019 by Metso Minerals Canada Inc. and Metso Minerals Industries, Inc., and on the Cross-Petition to Vacate Arbitration Award its Cross-Petition to Vacate Arbitration Award, filed on behalf of ArcelorMittal on May 17, 2019.

                            Respectfully submitted,

                              /s/ *Thomas E. Riley*
                            Thomas E. Riley
                            A. Robert Dawes

Herbert Smith Freehills New York LLP and Herbert Smith Freehills, an Australian Partnership, are separate member firms of the international legal practice known as Herbert Smith Freehills.

Herbert Smith Freehills New York LLP is a limited liability partnership registered in England and Wales with registered number OC375072. Its registered office is at Exchange House, Primrose Street, London EC2A 2EG.

                                              Herbert Smith Freehills New York LLP
450 Lexington Avenue
14th Floor
New York, NY 10017
Tel: (917) 542-7600
Fax: (917) 542-7601
Thomas.Riley@hsf.com
Robert.Dawes@hsf.com

*Attorneys for ArcelorMittal Exploitation Minière Canada s.e.n.c. and ArcelorMittal Canada Inc.*

cc:   John Chamberlain (john.chamberlain@pillsburylaw.com)
      Michael Evan Jaffe (michael.jaffe@pillsburylaw.com)
      Jack McKay (jack.mckay@pillsburylaw.com)
      Clare Cavaliero Pincoski (clare.pincoski@pillsburylaw.com)
      David J. Stute (david.stute@pillsburylaw.com)