**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
METSO MINERALS CANADA, INC. and
METSO MINERALS INDUSTRIES, INC.,
        Petitioners,       19 **CIVIL** 3379 (LAP)

-against-            **REVISED**

ARCELORMITTAL EXPLOITATION    **DEFAULT JUDGMENT**
MINIERE CANADA and ARCELORMITTAL
CANADA INC.,
        Respondents.
-----------------------------------------------------------X

  It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated November 4, 2019, and Order dated November 12, 2019, Metso's motion to confirm the arbitration award is granted, and ArcelorMittal's cross-motion to vacate the award is denied; the Final Award is hereby confirmed and recognized; judgment is entered against ArcelorMittel in the amount of $258,900; judgment is entered against ArcelorMittel in the additional amount of $4,503,797.32; and the Court retains jurisdiction over the parties and the matter for any further proceedings as may be necessary to enforce the Final Award or this judgment.

**Dated**: New York, New York
    November 15, 2019

                 RUBY J. KRAJICK
                 _____
                 Clerk of Court
           BY:
                 Deputy Clerk

              THIS DOCUMENT WAS ENTERED
              ON THE DOCKET ON 11/18/2019