UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| METSO MINERALS CANADA INC. and METSO MINERALS INDUSTRIES, INC., <br><br> Petitioners, <br><br> v. <br><br> ARCELORMITTAL EXPLOITATION MINIÈRE CANADA and ARCELORMITTAL CANADA INC., <br><br> Respondents. | Case No. 1:19-cv-3379-LAP <br><br> **SATISFACTION OF JUDGMENT** |

WHEREAS, a judgment dated November 15, 2019, was entered in the above action on the 18th day of November, 2019, in favor of Metso Minerals Canada, Inc., and Metso Minerals Industries, Inc., and against ArcelorMittal Exploration Miniere Canada and ArcelorMittal Canada, Inc., in the amount of $4,762,697.32 plus interest from the 18th day of November, 2019, and said judgment with interest and costs thereon having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry on the docket that the said judgment has been fully and completely satisfied.

Dated: Washington, D.C.
January 23, 2020

Pillsbury Winthrop Shaw Pittman LLP

By: /s/ John Chamberlain
John Chamberlain
Michael Evan Jaffe (Admitted Pro Hac Vice)
Pillsbury Winthrop Shaw Pittman LLP
1200 Seventeenth Street, NW
Washington, DC 20036
Telephone +1 202 663-8000
*Attorneys for Metso Minerals Canada Inc. and Metso Minerals Industries, Inc.*

CITY OF WASHINGTON        )
                          )  ss.:
DISTRICT OF COLUMBIA      )

On the 23rd day of January, 2020, before me personally came Michael Evan Jaffe, to me known and known to be a member of the firm of Pillsbury Winthrop Shaw Pittman LLP, attorneys for Metso Minerals Canada Inc. and Metso Minerals Industries, Inc. in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

*Lori A. Ramsey*
Notary Public

My Commission Expires **Lori A. Ramsey**
**Notary Public, District of Columbia**
**My Commission Expires 5/31/2020**

